# APPENDIX.

MARGARET M. ELEDGE, ADMINISTRATRIX OF JOHN ELEDGE, v. CAROLINA POWER & LIGHT COMPANY (ORIGINAL PARTY DEFENDANT), AND M. B. HAYNES AND COAL OPERATORS CASUALTY COMPANY (ADDITIONAL PARTIES DEFENDANT).

(Filed 2 February, 1950.)

**Master and Servant § 41—**

The decision that a third person tort-feasor is not entitled to set up the indemnity contract of the employer as a cross-action against the employer and its insurance carrier in an action by the personal representative of the deceased employee, does not rule that contracts of indemnity against liability for negligence are invalid.

PETITION by defendant, Carolina Power & Light Company, to rehear this case, reported in 230 N.C. 584. The *Justices* to whom the petition was referred filed the following memorandum in passing upon the petition:

*R. F. Phillips, Robinson & Morgan, and A. Y. Arledge for petitioner.*

WINBORNE and ERVIN, JJ., considering the petition to rehear.

Careful consideration of the petition leads us to the conclusion that it should be denied. Observations in the opinion must be read in the light of the matters appearing in the present record. The decision is not to be construed to lay down any general rule invalidating contracts for indemnity against consequences of future acts of negligence.

Petition denied.